**"UNDER SEAL"**

FILED
CHARLOTTE, NC

JUN 17 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:26-CR-140-KDB |
| | ) | |
| v. | ) | **BILL OF INDICTMENT** |
| | ) | |
| KALVIN DONALD | ) | Violations: 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | |

THE GRAND JURY CHARGES:

### COUNT ONE
*(Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl)*

From in or around January of 2023 and continuing until on or about March 7, 2024, in Mecklenburg County and elsewhere, within the Western District of North Carolina, the defendant,

**KALVIN DONALD,**

did knowingly and intentionally combine, conspire, confederate and agree with others, both known and unknown to the Grand Jury, to distribute and to possess with intent to distribute four-hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

### COUNT TWO
*(Distribution of Fentanyl)*

On or about January 11, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**KALVIN DONALD,**

did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

1

<h2 style="text-align:center"><strong><u>COUNT THREE</u></strong></h2>

<em>(Distribution of Fentanyl)</em>

On or about January 26, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

<strong>KALVIN DONALD,</strong>

did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<h2 style="text-align:center"><strong><u>COUNT FOUR</u></strong></h2>

<em>(Distribution of Fentanyl)</em>

On or about February 9, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

<strong>KALVIN DONALD,</strong>

did knowingly and intentionally distribute forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

<h2 style="text-align:center"><strong><u>COUNT FIVE</u></strong></h2>

<em>(Distribution of Fentanyl)</em>

On or about May 17, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

<strong>KALVIN DONALD,</strong>

did knowingly and intentionally distribute forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT SIX
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about May 17, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### KALVIN DONALD,

did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, Distribution of a Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count Five of this Bill of Indictment and incorporated by reference herein; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SEVEN
*(Distribution of Fentanyl)*

On or about August 24, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### KALVIN DONALD,

did knowingly and intentionally distribute forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT EIGHT
*(Distribution of Fentanyl)*

On or about September 12, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### KALVIN DONALD,

did knowingly and intentionally distribute four-hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

3

**COUNT NINE**
*(Distribution of Fentanyl)*

On or about January 17, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**KALVIN DONALD,**

did knowingly and intentionally distribute forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT TEN**
*(Possession with Intent to Distribute Fentanyl)*

On or about March 7, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**KALVIN DONALD,**

did knowingly and intentionally possess with the intent to distribute forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

4

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Sections 853, 924, and/or 2461(c):

a.  All property which constitutes or is derived from proceeds of the violations set forth in this Bill of Indictment;

b.  All property used or intended to be used in any manner or part to commit or facilitate such violations;

c.  All firearms or ammunition involved or used in such violations; and

d.  If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), or (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a.  An American Tactical Omni Hybrid Multi-Cal AR pistol and ammunition seized during the investigation.

A TRUE BILL:

███████████████

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

NICK J. MILLER
ASSISTANT UNITED STATES ATTORNEY

5